JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL DORSEY,<br><br>        Plaintiff,<br><br>v.<br><br>EDEN GARDEN CAFÉ, INC.; and DOES 1 to 10,<br><br>        Defendants. | Case No. 2:21-CV-07983-AB (JEMx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **thirty (30) days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: June 1, 2022

                                            HONORABLE ANDRÉ BIROTTE JR.
                                            UNITED STATES DISTRICT JUDGE